**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANEEN SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>ETHICON, INC., et al.,<br><br>          Defendants. | Case No.: 1:20-cv-00130-AWI-JLT<br><br>ORDER CLOSING COUNTS I (IN PART) II, III, IV, V, XI, XII, XIII, XV AND XVI (IN PART) OF THE COMPLAINT<br>(Doc. 51) |

    The parties have stipulated to dismiss counts I (to the extent based on failure to warn or manufacturing defect) II, III, IV, V, XI, XII, XIII, XV AND XVI (to the extent it is based on the abandoned claims) of the complaint with prejudice. (Doc. 51) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

///

///

///

1    Accordingly, the Clerk of Court is DIRECTED to close this action as to counts I (to the
2 extent based on failure to warn or manufacturing defect) II, III, IV, V, XI, XII, XIII, XV AND
3 XVI (to the extent it is based on the abandoned claims).

IT IS SO ORDERED.

   Dated:   **April 24, 2020**             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE