# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEEN SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00130-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS<br>(Doc. 57) |

The parties seek an additional 90 days to complete the settlement. (Doc. 57) Due to the complexity of the action, the stipulation is **GRANTED**. The stipulation to dismiss the action SHALL be filed **no later than July 29, 2021**.

IT IS SO ORDERED.

　　Dated: **May 3, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE